**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASEY JONES, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:17-CV-04376 |
| ) | |
| PURDY BROTHERS TRUCKING, LLC, ) | |
| and MARK DAVID TIPTON, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

NOW COMES the Parties, by and through their respective attorneys, and hereby stipulate and agree to dismissal of this matter with prejudice and pursuant to settlement.

Respectfully submitted,

**/s/ Dan Terleckyj**
By: _____
Dan Terleckyj

Levinson and Stefani
Attorneys for the Plaintiff
230 W. Monroe Street, Suite 2210
Chicago, Illinois 60606
P: (312) 376-3812
F: (312) 376-3818
dan@levinsonstefani.com
ARDC No.: 6302072